AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Personal Residence located at 8178 S. 2570 E., South Weber, UT 84405, as more fully described in Attachment A-2 | ) ) ) ) ) ) ) Case No. 2:23-mj-00403 DBP |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Personal Residence located at 8178 S. 2570 E., South Weber, UT 84405, as more fully described in Attachment A-2, incorporated herein by reference

located in the _____Northern_____ District of _____Utah_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B-2, incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 7201 | Tax Evasion |
| 26 U.S.C. § 7202 | Failure to Collect or Pay Over Tax |
| 18 U.S.C. § 5324(a)(3) | Structuring |

The application is based on these facts:

see Affidavit in support of Application under Rule 41, and related attachments, incorporated herein by reference

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Nielsen Jeffery* Digitally signed by Nielsen Jeffery
Date: 2023.04.26 13:07:51 -06'00'

*Applicant's signature*

Jeff Nielsen, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____Zoom Conference_____ *(specify reliable electronic means)*.

Date: 04/26/2023

*Judge's signature*

City and state: Salt Lake City, UT

Hon. Dustin Pead
*Printed name and title*