AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means          ☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Utah

FILED US District Court -UT
MAY 05 '23 PM 02:50

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Personal Residence located at 8178 S. 2570 E., South Weber, UT 84405, as more fully described in Attachment A-2 | )<br>)<br>)  Case No.  2:23-mj-00403 DBP<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     **Northern**     District of     **Utah**
*(identify the person or describe the property to be searched and give its location)*:

Personal Residence located at 8178 S. 2570 E., South Weber, UT 84405, as more fully described in Attachment A-2, incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B-2, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before     **May 10, 2023**     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     **Hon. Dustin Pead**     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     04/26/2023 3:30 pm

City and state:     Salt Lake City, UT



*Judge's signature*

Hon. Dustin Pead
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>2:23-mj-00403 DBP | Date and time warrant executed:<br>05/04/2023 @ 0810 | Copy of warrant and inventory left with:<br>On dining room table |
| Inventory made in the presence of :<br>Matt Curtis |||
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>See attached inventory. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/05/2023

_____
Executing officer's signature

Jeff Nielsen Special Agent
Printed name and title

[Print] [Save As...] [Reset]

# Inventory Listing of Warrant Items Seized at Search Warrant Site

**Site Name:**
8178 S 2570 E South Weber, UT
Residence (Thomas Eddy and Dyani St Claire)

**Investigation Number:**
1000302923
**Starting Date and Time:**
05/04/2023 09:50 AM
**Ending Date and Time:**
05/04/2023 12:49 PM

**Report Date:**
Thursday, May 04, 2023

| | | | |
|---|---|---|---|
| **Control #:** | 1 | **Evidence Box:** | 2 |
| **Location:** | Master Bedroom | **Locator Code:** | Residence |
| **Found:** | Wet Bar | | |
| **Description:** | Seized Per Warrant | daily receipt logs and IRS CI prepared Tally Sheets for cash found at site | |

| | | | |
|---|---|---|---|
| **Control #:** | 2 | **Evidence Box:** | 2 |
| **Location:** | Master Bedroom | **Locator Code:** | Residence |
| **Found:** | bottom drawer night stand right bed | | |
| **Description:** | Seized Per Warrant | various financial documents, MACU acct documents, Utah Dept of Commerce renewal notices | |

| | | | |
|---|---|---|---|
| **Control #:** | 3 | **Evidence Box:** | 2 |
| **Location:** | BreakfastKitchFam | **Locator Code:** | Residence |
| **Found:** | Kitchen Drawer | | |
| **Description:** | Seized Per Warrant | Cash receipts, Missouri properties bank records | |

| | | | |
|---|---|---|---|
| **Control #:** | 4 | **Evidence Box:** | 2 |
| **Location:** | Office Dining | **Locator Code:** | Residence |
| **Found:** | Wall Desk | | |
| **Description:** | Seized Per Warrant | Daily Reciepts, IRS EIN, Business Purchase Docs | |

| | | | |
|---|---|---|---|
| **Control #:** | 5 | **Evidence Box:** | 2 |
| **Location:** | Office Dining | **Locator Code:** | Residence |
| **Found:** | Main Desk | | |
| **Description:** | Seized Per Warrant | wire transfer receipts, business purchase contract, daily reciepts/logs, title docs, Ally bank records and commercial lease agreement | |

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 2 |
| **Location:** | Master Bedroom | **Locator Code:** | Residence |
| **Found:** | Bedroom Dresser | | |
| **Description:** | Seized Per Warrant | vehicles purchased, financed through MACU, Citizens Financail and Bank of America | |

| Control #: | 7 | | Evidence Box: | 3 |
|---|---|---|---|---|
| Location: | Office Dining | | Locator Code: | Residence |
| Found: | Office | | | |
| Description: | Seized Per Warrant | Receipt logs | | |

| Control #: | 8 | | Evidence Box: | 6 |
|---|---|---|---|---|
| Location: | Safe - Downstairs | | Locator Code: | Residence |
| Found: | Downstairs | | | |
| Description: | Seized Per Warrant | receipt logs | | |

| Control #: | 9 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | Safe - Downstairs | | Locator Code: | Residence |
| Found: | Downstairs | | | |
| Description: | Seized Per Warrant | receipt logs | | |

| Control #: | 10 | | Evidence Box: | 2 |
|---|---|---|---|---|
| Location: | BreakfastKitchFam | | Locator Code: | Residence |
| Found: | Kitchen | | | |
| Description: | Seized Per Warrant | daily worker logs | | |

| Control #: | 11 | | Evidence Box: | 8 |
|---|---|---|---|---|
| Location: | Master Bedroom | | Locator Code: | Residence |
| Found: | Master Bedroom | | | |
| Description: | Seized Per Warrant | daily log receipts | | |

| Control #: | 12 | | Evidence Box: | 9 |
|---|---|---|---|---|
| Location: | Master Bedroom | | Locator Code: | Residence |
| Found: | bedroom dressers | | | |
| Description: | Seized Per Warrant | daily log receipts | | |

| Control #: | 13 | | Evidence Box: | 10 |
|---|---|---|---|---|
| Location: | Master Bedroom | | Locator Code: | Residence |
| Found: | Bedroom Dresser | | | |
| Description: | Seized Per Warrant | daily log receipts | | |

| Control #: | 14 | | Evidence Box: | 11 |
|---|---|---|---|---|
| Location: | Master Bedroom | | Locator Code: | Residence |
| Found: | Bedroom Dresser | | | |
| Description: | Seized Per Warrant | daily log receipts | | |

| Control #: | 15 | | Evidence Box: | 12 |
|---|---|---|---|---|
| Location: | Master Bedroom | | Locator Code: | Residence |
| Found: | Bedroom Dresser | | | |
| Description: | Seized Per Warrant | daily log receipts, misc banking, business correspondence | | |

| Control #: | 16 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | BreakfastKitchFam | Locator Code: | Residence |
| Found: | Wood Table | | |
| Description: | Seized Per Warrant   HP Omen Laptop Serial #5CD7447MC8 | | |

| Control #: | 17 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | BreakfastKitchFam | Locator Code: | Residence |
| Found: | under TV cabinet | | |
| Description: | Seized Per Warrant   Apple Ipad in Otter Box (Black) | | |

| Control #: | 18 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | BreakfastKitchFam | Locator Code: | Residence |
| Found: | Top of Kitchen Island | | |
| Description: | Seized Per Warrant   Black Gabb Cell Phone (Black with Pink Holder) | | |

| Control #: | 19 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | BreakfastKitchFam | Locator Code: | Residence |
| Found: | Left of Kitchen Sink | | |
| Description: | Seized Per Warrant   Ipad in Otter Box | | |

| Control #: | 20 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | BreakfastKitchFam | Locator Code: | Residence |
| Found: | Left side of Kitchen sink | | |
| Description: | Seized Per Warrant   Ipad in Red case | | |

| Control #: | 21 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | BreakfastKitchFam | Locator Code: | Residence |
| Found: | Left hand side of Kitchen sink | | |
| Description: | Seized Per Warrant   Ipad Rose color in dark grey cover | | |

| Control #: | 22 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | BreakfastKitchFam | Locator Code: | Residence |
| Found: | Top of kitchen island | | |
| Description: | Seized Per Warrant   Ipad Speck (Purple cover) | | |

| Control #: | 23 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | Residence |
| Found: | Left night stand on top | | |
| Description: | Seized Per Warrant   Black cell phone in blue case (EEheart) | | |

| Control #: | 24 | Evidence Box: | 1 |
|---|---|---|---|
| Location: | Master Bedroom | Locator Code: | Residence |
| Found: | On left night stand | | |
| Description: | Seized Per Warrant   pink cell phone | | |

| Control #:   | 25                                              | Evidence Box:  | 1         |
|---|---|---|---|
| Location:    | Master Bedroom                                  | Locator Code:  | Residence |
| Found:       | top of dresser                                  |                |           |
| Description: | Seized Per Warrant    tablet ellipsis           |                |           |

| Control #:   | 26                                                                   | Evidence Box:  | 1         |
|---|---|---|---|
| Location:    | Master Bedroom                                                       | Locator Code:  | Residence |
| Found:       | inside left night stand                                              |                |           |
| Description: | Seized Per Warrant    Black cell phone Samsung Galaxy S9 Plus        |                |           |

| Control #:   | 27                                              | Evidence Box:  | 1         |
|---|---|---|---|
| Location:    | Master Bedroom                                  | Locator Code:  | Residence |
| Found:       | inside left night stand                         |                |           |
| Description: | Seized Per Warrant    Gold cell phone           |                |           |

| Control #:   | 28                                                      | Evidence Box:  | 1         |
|---|---|---|---|
| Location:    | Master Bedroom                                          | Locator Code:  | Residence |
| Found:       | Inside right night stand                                |                |           |
| Description: | Seized Per Warrant    samsung cell phone black          |                |           |

| Control #:   | 29                                                  | Evidence Box:  | 1         |
|---|---|---|---|
| Location:    | Master Bedroom                                      | Locator Code:  | Residence |
| Found:       | inside right night stand                            |                |           |
| Description: | Seized Per Warrant    black Gabb cell phone         |                |           |

| Control #:   | 30                                                     | Evidence Box:  | 1         |
|---|---|---|---|
| Location:    | Master Bedroom                                         | Locator Code:  | Residence |
| Found:       | inside right night stand                               |                |           |
| Description: | Seized Per Warrant    black kyocera cell phone         |                |           |

| Control #:   | 31                                                                       | Evidence Box:  | 1         |
|---|---|---|---|
| Location:    | Master Bedroom                                                           | Locator Code:  | Residence |
| Found:       | inside right night stand                                                 |                |           |
| Description: | Seized Per Warrant    external black hard drive model 16WMS137           |                |           |

| Control #:   | 32                                                                   | Evidence Box:  | 1         |
|---|---|---|---|
| Location:    | Master Bedroom                                                       | Locator Code:  | Residence |
| Found:       | inside right night stand                                             |                |           |
| Description: | Seized Per Warrant    external hard drive black Seagate              |                |           |

| Control #:   | 33                                                                   | Evidence Box:  | 1         |
|---|---|---|---|
| Location:    | Master Bedroom                                                       | Locator Code:  | Residence |
| Found:       | inside right night stand                                             |                |           |
| Description: | Seized Per Warrant    Sandisk USB thumbdrive Black 64GB              |                |           |

| | | | |
|---|---|---|---|
| **Control #:** | 34 | **Evidence Box:** | 1 |
| **Location:** | Master Bedroom | **Locator Code:** | Residence |
| **Found:** | inside right night stand | | |
| **Description:** | Seized Per Warrant | Kingston USB Data Traveler | |

| | | | |
|---|---|---|---|
| **Control #:** | 35 | **Evidence Box:** | 1 |
| **Location:** | BreakfastKitchFam | **Locator Code:** | Residence |
| **Found:** | Kitchen Island | | |
| **Description:** | Seized Per Warrant | Ipad Blue & Pink Otter Box (Dyani St Clair) | |

| | | | |
|---|---|---|---|
| **Control #:** | 36 | **Evidence Box:** | 1 |
| **Location:** | Master Bedroom | **Locator Code:** | Residence |
| **Found:** | Left night stand | | |
| **Description:** | Seized Per Warrant | extraction of Android cell phone Galaxy S9 Plus (Dyani) | |

| | | | |
|---|---|---|---|
| **Control #:** | 37 | **Evidence Box:** | 2 |
| **Location:** | Master Bedroom | **Locator Code:** | Residence |
| **Found:** | night stand | | |
| **Description:** | Seized Per Warrant | RV purchase records, cashier check receipts, Refi records Missouri deed misc financial docs | |